DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**JESSIE J. HAYNES,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D17-1587

[August 10, 2017]

Appeal of order denying rule 3.850 motion from the Circuit Court for the Nineteenth Judicial Circuit, Indian River County; Cynthia L. Cox, Judge; L.T. Case Nos. 2012CF000901A, 2012CF000923A, and 2013CF001636B.

Jessie J. Haynes, Perry, pro se.

No appearance required for appellee.

PER CURIAM.

*Affirmed.*

WARNER, GROSS and KUNTZ, JJ., concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***